UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GNILE and SHANNON GNILE, | No. 2:17-cv-0562 DB |
| Plaintiffs, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge. See U.S.C. § 636(c). Accordingly, this matter has been reassigned to the undersigned for all purposes. (ECF No. 11.)

On November 21, 2018, defendant filed a motion for partial summary judgment. (ECF No. 26.) That motion is noticed for hearing before the court on December 21, 2018. On December 7, 2018, plaintiffs filed an opposition to defendant's motion. (ECF No. 31.) Plaintiffs' opposition relies, in part, on two deposition errata that alter the deposition testimony of a witness. (ECF No. 27-1.)

On December 14, 2018, defendant filed a reply, a motion to strike the deposition errata, and an application for an order shortening time to hear the motion to strike the deposition errata on December 21, 2018. (ECF Nos. 32-34.) Defendant proposes that plaintiffs' opposition to the

motion to strike be filed on December 18, 2018, and defendant's reply be filed on December 19, 2018. (ECF No. 34 at 2.) On December 17, 2018, plaintiffs filed a statement of non-opposition to defendant's application to shorten time. (ECF No. 35.)

Although plaintiffs may not oppose defendant's application for an order shortening time, the court will require full briefing from the parties with respect to this issue, sufficiently in advance of the hearing to allow for the court's consideration and preparation. Defendant's proposed briefing schedule does not allow for sufficient consideration.

Accordingly, IT IS ORDERED that:

1. The December 21, 2018 hearing of defendant's motion for partial summary judgment and motion to strike (ECF Nos. 26 & 33) is continued to **Friday, January 18, 2019, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

2. Plaintiffs shall file an opposition or statement of non-opposition to defendant's motion to strike on or before **January 4, 2019**, and defendant shall file a reply on or before **January 11, 2019**[1]; and

3. Defendant's application for an order shortening time (ECF No. 34) is denied as having been rendered moot.

Dated: December 18, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.consent\gnile0562.hrg.cont.ord

---

[1] The parties are remined that pursuant to Local Rule 133(j) counsel relying on a deposition shall ensure that a courtesy hard copy or electronic copy of the entire deposition has been provided to chambers. A party may comply with Local Rule 133(j) by submitting an electronic copy of the deposition to dborders@caed.uscourts.gov.